1
2
3
4
5
6
7

GARY M. RESTAINO
United States Attorney
District of Arizona
NOAH L. COAKLEY II
Assistant U.S. Attorney
Arizona State Bar No. 037532
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Noah.Coakley@usdoj.gov
Attorneys for Plaintiff

```
┌─────────────────────────────┐
│ ✗ FILED      ___ LODGED      │
│ ___ RECEIVED  ___ COPY       │
│                              │
│      APR 0 4 2023            │
│                              │
│  CLERK U S DISTRICT COURT    │
│    DISTRICT OF ARIZONA       │
│ BY_____ DEPUTY     │
└─────────────────────────────┘
```

**REDACTED FOR
PUBLIC DISCLOSURE**

8           IN THE UNITED STATES DISTRICT COURT

9               FOR THE DISTRICT OF ARIZONA

10

| United States of America, | CR-23-00502-PHX-SPL (JZB) |

11
                    Plaintiff,           **INDICTMENT**

12                                   VIO:   8 U.S.C. §§ 1324(a)(1)(A)(ii) and
              vs.                            (a)(1)(B)(i)
13                                          (Transportation of an Illegal Alien
                                             for Profit)
14    Crisoforo Antelo-Cantu,                Count 1

15

16                  Defendant.

17

18

19    **THE GRAND JURY CHARGES:**

20                        **COUNT 1**

21        On or about March 7, 2023, in the District of Arizona, the defendant, CRISOFORO

22   ANTELO-CANTU, knowing and in reckless disregard of the fact that certain aliens,

23   Marvin Lainz-Perez and Martin Valenzuela-Cota, had come to, entered, and remained in

24   the United States in violation of law, did knowingly transport and move said aliens within

25   the United States by means of transportation and otherwise in furtherance of such violation

26   of law, for the purpose of commercial advantage and private financial gain.

27

28

1          In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and

2    (a)(1)(B)(i).

3

4                                        A TRUE BILL

5

6                                            /s/
                                    FOREPERSON OF THE GRAND JURY
7                                   Date: April 4, 2023

8    GARY M. RESTAINO
     United States Attorney
9    District of Arizona

10

11          /s/
     NOAH L. COAKLEY II
12   Assistant U.S. Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28